```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5       160 Spear Street, 8th Floor
         San Francisco, California 94105
 6       Telephone:  (415) 977-8972
         Facsimile:  (415) 744-0134
 7       Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ,          )<br>                          )<br>        Plaintiff,       )<br>                          )<br>    v.                    )<br>                          )<br>COMMISSIONER OF          )<br>SOCIAL SECURITY,         )<br>                          )<br>        Defendant.        )<br>_____) | Case No.  CIV-1:12-cv-00330-SMS<br><br>STIPULATION AND ORDER<br>FOR A FIRST EXTENSION FOR<br>DEFENDANT TO FILE HIS OPPOSITION OR<br>OTHERWISE RESPOND TO PLAINTIFF'S<br>OPENING BRIEF |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a first extension, or until December 10, 2012, in which to file his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

   This is Defendant's first request for an extension of time in this matter.

                                    Respectfully submitted,

Dated: November 8, 2012             /s/ Young Cho
                                    (as authorized via telephone by Mr. Cho's assistant,
                                    Enedina Perez)
                                    YOUNG CHO
                                    Attorney for Plaintiff


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: November 8, 2012                         By */s/ Elizabeth Barry*
                                                ELIZABETH BARRY
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant


ORDER

.

IT IS SO ORDERED.

**Dated:   November 16, 2012**              _____*/s/ Sandra M. Snyder*_____
                                            UNITED STATES MAGISTRATE JUDGE