BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

　　160 Spear Street, 8th Floor
　　San Francisco, California 94105
　　Telephone:  (415) 977-8972
　　Facsimile:  (415) 744-0134
　　Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

JUAN HERNANDEZ,　　　　　　　)
　　　　　　　　　　　　　　)　　　Case No.  CIV-1:12-cv-00330-SMS
　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　)　　　STIPULATION AND ORDER
　　　　　　　　　　　　　　)　　　FOR A 7-DAY EXTENSION FOR
　　　　　v.　　　　　　　　)　　　DEFENDANT TO FILE HIS OPPOSITION OR
　　　　　　　　　　　　　　)　　　OTHERWISE RESPOND TO PLAINTIFF'S
COMMISSIONER OF　　　　　　)　　　OPENING BRIEF
SOCIAL SECURITY,　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　)
　　　　　　　　　　　　　　)
_____ )

　　　　IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

of the Court, that Defendant shall have a 7-day extension, or until December 17, 2012, in which to file

his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

　　　　This is Defendant's a second request for an extension of time in this matter. This request is made

as a result of a heavy briefing schedule and is not intended to cause intentional delay.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 10, 2012　　　　　　*/s/ Young Cho*　　　　　　
　　　　　　　　　　　　　　　　　　(as authorized by email)
　　　　　　　　　　　　　　　　　　YOUNG CHO
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BENJAMIN WAGNER
United States Attorney

Dated: December 10, 2012

By /s/ Elizabeth Barry
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

**Dated:    December 11, 2012**               /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE